UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND, ET AL.**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**BENSON CONSTRUCTION COMPANY and MARK W. BERGLUND**<br><br>DEFENDANT(S) | Case No.<br>**08CV4146**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 27, 2008**, at **10:50 AM**, I served the above described documents upon **MARK W. BERGLUND** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **MARK W. BERGLUND** .

Said service was effected at **3128 N SCHOENBECK RD, ARLINGTON HEIGHTS, IL 60053.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **54**  Hgt: **6'3"**  Wgt: **230**  Hair: **GRAY**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 28th day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Laborers Pension and Welfare Funds*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>40056 |