UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND, ET AL.**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**BENSON CONSTRUCTION COMPANY and MARK W. BERGLUND**<br><br>DEFENDANT(S) | Case No.<br>**08CV4146**<br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 28, 2008**, at **12:30 PM**, I served the above described documents upon **BENSON CONSTRUCTION COMPANY** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **GENE EICH / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **6032 N LINCOLN AVE, MORTON GROVE, IL 60053**.

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **54**  Hgt: **5'11"**  Wgt: **170**  Hair: **GRAY**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 28th day of July, 2008

_Joan C. Harenberg_

> OFFICIAL SEAL
> JOAN C HARENBERG
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>Laborers Pension and Welfare Funds*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>40055 |
|---|---|---|